UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| JENNA AMACHER, | ) |
|     *Plaintiff*, | ) Case No. 4:23-cv-40 |
| v. | ) Judge Travis R. McDonough |
| CITY OF TULLAHOMA, TENNESSEE, *et al.*, | ) Magistrate Judge Michael J. Dumitru |
|     *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the motions for summary judgment filed by Defendants the City of Tullahoma, Tennessee, Ray Knowis, Jennifer Moody, Scott Van Velsor and Jim Woodward (Docs. 83, 87) are **GRANTED IN PART**. Plaintiff Jenna Amacher's claims under § 1983 for First Amendment retaliation, are hereby **DISMISSED WITH PREJUDICE**. The Court **DECLINES** to exercise supplemental jurisdiction over Amacher's state-law malicious-prosecution claim, and that claim is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

                                                          */s/ Travis R. McDonough*
                                                          **TRAVIS R. MCDONOUGH**
                                                          **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT